NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SONOVA AG,**
*Appellant*

**v.**

**MED-EL ELEKTROMEDIZINISCHE GERATE GMBH,**
*Appellee*

---

2021-2138

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00176.

---

**JUDGMENT**

---

MARCUS EDWARD SERNEL, Kirkland & Ellis LLP, Chicago, IL, argued for appellant.  Also represented by GREG MATTHEW POLINS.

KERRY L. TIMBERS, Sunstein LLP, Boston, MA, argued for appellee.  Also represented by ROBERT M. ASHER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 10, 2022</u>      <u>/s/ Peter R. Marksteiner</u>
Date          Peter R. Marksteiner
Clerk of Court